# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

```
FILED by ___CO___ D.C.

OCT 1 2 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

CLINTON STRANGE,

Plaintiff


v.


GREEN AND RED COMPANY,

Defendant


# CIVIL ACTION:

## FOR WILLFUL AND INTENTIONAL VIOLATIONS OF:

### THE TELEPHONE CONSUMER PROTECTION ACT OF 1991;

### THE TRUTH IN CALLER ID ACT OF 2009 as amended to the COMMUNICATIONS ACT OF 1934;

### &

### LOUISIANA Civil Code Article 2315 ~ Tort of Conversion of Chattel

**PRELIMINARY STATEMENT:**

This is an action brought in good faith by an adult individual who is a natural person against FICTICIOUSLY NAMED DEFENDANT GREEN AND RED COMPANY, who on information and belief have violated Plaintiff's rights under the 4th Amendment to the U.S. Constitution and further have also to Plaintiff's information and beliefs violated Federal Laws under the following State and U.S. Statutes:

47 U.S. Code § 227(c)(5);

47 U.S. Code § 227(b)(1)(a)(iii);

&

47 U.S. Code § 227(e)(1);

As well as the Law of The State of Louisiana:

Louisiana Civil Code Article 2315- Regarding Intentional Conversion Torts

The Defendant as alleged has been calling Plaintiff since October 2017 on his wireless cellphone number 318-423-5057 to offer to Plaintiff unwanted

solicitations of "GOOGLE business listings", or alternatively "Google Search

Engine Optimization Services" utilizing an Automated Telephone Dialing System,

and or a Pre-recorded voice in the majority of their telephonic 'campaign' attempts

to solicit the Plaintiff herein. Plaintiff has repeatedly told agents for the Defendant

that he is not interested, and the Defendant herein has continued to call Plaintiff on

his wireless cellphone number 318-423-5057, which is registered on the Federal

Do-Not-Cal Registry, in violations of the parts foregoing and the Telemarketing

Sales Rule regulated by the U.S. Federal Trade Commission.


### JURISDICTION & VENUE

Jurisdiction lies properly in this U.S. District Court because the laws Plaintiff

alleges were violated involve Federal question jurisdiction:

47 U.S. Code § 227(g)(2) & 28 U.S. Code § 1331

Venue is proper in this District under:

47 U.S. Code § 227(g)(4) & 28 U.S. Code § 1391

## PARTIES:

**Plaintiff** Clinton Strange is an adult individual residing at the address of:

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

**Defendant** Green and Red Company is a telemarketer peddling 'Google Business Listings', but whose true identity is not known to the Plaintiff at this time.

**Factual Allegations:**

1. Plaintiff Clinton Strange's wireless cellphone number has been registered on the Federal Do-Not-Call listing since 01/03/2018 *See Exhibit A.*

2. Plaintiff has repeatedly asked the Defendant not to call him and contends that he verbally expressed that request to agents of the Defendant a reasonable number of times.

3. Defendant was at all times pertinent hereto unwilling to provide him with an address in which to make a formal 'written request to be placed on the company's internal do-not-call-listing', but the company's agents and or employees were indifferent to Plaintiff's requests, or otherwise intentionally

and willfully obstructing Plaintiff's requests to be placed on the company's Do-Not-Call listing in violation of the Telemarketing Sales Rule as regulated by the FTC.

4.  Plaintiff alleges he has been called a number of times to his knowledge by the same entity (that he can document) with a majority of those calls violating the Telephone Consumer Protection Act of 1991 "TCPA" and also the Truth in Caller ID Act of 2009 "TICIA" together along with violations of State laws governing the Tort of conversion of Plaintiff's Chattel (i.e. his cellphone).

5.  Plaintiff does not like to receive unwanted commercially solicitous phone calls on his cellphone because they "intrude on his seclusion and violate his rights to privacy guaranteed under the U.S. Constitution", and further deplete plaintiff's memory storage capacity, deplete Plaintiff's battery level on his cellphone (amounting to a conversion Tort under Louisiana State Laws),  and require him to use a measurable amount of mental and physical energy to receive the calls and or review the contents of voicemails. Plaintiff alleges that [he] has Article III standing as a result of Defendant's alleged conduct.

6. The calls that Plaintiff alleges were made to him on his cellphone number 318-423-5057 by Defendant's agents and or employees who stated that they were agents of Google or alternatively were calling in reference to a Google listing are as follows:

   A. 07/27/2018 at 2:38pm CDT from 321-209-8431 utilizing an ATDS and a pre-recorded voice with a duration of 13min 15sec *See Exhibit B.*

   B. 07/27/2018 at 2:53pm CDT from 727-900-0144 which was a live agent phone call with a duration of 32sec *See Exhibit C.*

   C. 07/27/2018 at 2:55pm CDT from 727-900-0144 which was a live agent phone call with a duration of 25sec *See Exhibit C.*

   D. 07/28/2018 at 9:28am CDT from 561-510-8852 which was a live agent call with a duration of 17min 11sec *See Exhibit D.*

   E. 08/08/2018 at 9:39am CDT from 318-666-0660 utilizing an ATDS and a pre-recorded voice with a duration of 3min 49sec *See Exhibit E.*

7. Plaintiff has been receiving other phone calls using the same *modus operandi* as the Defendant herein, but absent proper discovery cannot be certain that they were made by the same entity, but alleges that they also were "peddling Google Business Listings, utilizing an ATDS and or pre-recorded voice, and also would not divulge an address where Plaintiff could

mail a written request for the entity to stop calling". Those calls are listed as follows:

A. 10/13/2017 at 12:52pm CDT from 337-509-1196 utilizing an ATDS and a pre-recorded voice which went to voicemail *See Exhibit F*.

B. 02/26/2018 at 8:06am CDT from 337-509-1196 utilizing an ATDS and a pre-recorded voice with a duration of 3min 11sec *See Exhibit G*.

C. 03/14/2018 at 9:35am CDT from 318-217-3291 utilizing an ATDS and a pre-recorded voice with a duration of 3min 40sec *See Exhibit H*.

D. 08/07/2018 at 9:25am CDT from 318-217-1001 utilizing an ATDS and a pre-recorded voice which went to voicemail *See Exhibit I*.

E. 08/14/2018 at 2:38pm CDT from 318-217-1001 utilizing an ATDS and a pre-recorded voice with a duration of 2min 59sec *See Exhibit J*.

8. Defendant does not exercise a reasonable duty of care in regard to following the foregoing laws and regulations regarding the Do-Not-Call provisions of the Telemarketing Sales Rules, The TCPA, or the Truth in Caller ID Act.

9. The majority of Defendant's alleged telephone calls utilized an ATDS and or prerecorded voice and were at times spoofed to appear as local incoming calls.

10. At all times pertinent hereto Defendant was acting by and through their agents, servants and / or employees who were acting within the course and scope of their

agency or employment, and under the direct supervision and control of the Defendant herein.

11. At all times pertinent hereto, the conduct of the Defendant, as well as that of their agents, servants and/ or employees was intentional, reckless, and in grossly negligent disregard for Federal Law and State Laws and the rights of the Plaintiff herein.

)

## Count 1:

12. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

13. At all times pertinent hereto, Defendant was a "person" as that term is defined by:

**Telephone Consumer Protection Act 47 U.S.C. § 227 (b)(1)(a)**

14. At all times pertinent hereto, Plaintiff was a "person" as that term is defined under:

**Telephone Consumer Protection Act 47 U.S.C. § 227 (b)(1)(a)**

15. Pursuant to:

**Telephone Consumer Protection Act 47 U.S.C. § 227 (b)(1)(A)(iii)**

, Defendant is liable to the Plaintiff for intentionally, willfully, and negligently failing to comply with the requirements of Federal Laws referenced herein.

16. Defendant is liable to the Plaintiff for the full amount of statutory damages, ($500-$1500 at the discretion of the court for each violation) along with the attorney's fees and cost of litigation, as well as such further relief, as may be permitted by law.

)

**Count 2:**

17. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

18. At all times pertinent hereto, Defendant was a "person" as that term is defined by:

**Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5)**

19. At all times pertinent hereto, Plaintiff was a person as that term is defined
under:

**Telephone Consumer Protection Act 47 U.S.C. § 227 (c)(5)**

20. Pursuant to:

**Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5)**

, Defendant is liable to the Plaintiff for intentionally, willfully, and negligently
failing to comply with the requirements of Federal Laws referenced herein.

21. Defendant is liable to the Plaintiff for the full amount of statutory damages,
($500-$1500 at the discretion of the court for each violation) along with the
attorney's fees and cost of litigation, as well as such further relief, as may be
permitted by law.

**JURY TRIAL DEMANDED**

**Plaintiff seeks trial by jury on all issues so triable.**

Prayer for Relief;

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

Statutory Damages;

Stacked Damages;

Treble Damages;

Enjoinder from Further Violations of These Parts;

Costs and reasonable attorney's fees;

, and such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X _Clinton_ _____   10 - 8 - 2018_

Clinton Strange

Pro-Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

# EXHIBIT A

 **FEDERAL TRADE COMMISSION**

More Information | Privacy & Security | Home

 # National Do Not Call Registry

En Español

## Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.

Back to ftc.gov | Privacy Policy

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



DL Marketing
Robo call

Boca Raton FL call center

# EXHIBIT F



Oct 13, 2017 (Fri) 12:52 PM

F

# EXHIBIT G



G

# EXHIBIT H



(318) 217-3291
(318) 217-3291

Create contact

Update contact

(318) 217-3291

Mar 14 (Wed) 9:35 AM
00:03:40

# EXHIBIT I



← (318) 217-1001
(318) 217-1001

Create contact

Update contact

(318) 217-1001

Aug 7 (Tue) 9:25 AM

𝓘

# EXHIBIT J



**From:** Clinton strange
**Sent:** Tuesday, August 14, 2018 2:48 PM
**To:** clint
**Subject:** 2018-08-14 14:46- Google Listing


Robocall- TICIA- company name ILS. Agent claimed calls will stop coming once I claim my listing.



(318) 217-1001

Aug 14 (Tue) 2:38 PM
00:02:59