# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF FLORIDA

# WEST PALM BEACH DIVISION

CLINTON STRANGE,

Plaintiff

v.

FILED BY ___PDC___ D.C.

JUN 07 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

CASE  No. 9:18-CV-81382

Honorable Senior Judge James I. Cohn

GREEN AND RED COMPANY,

Defendant

# PLAINTIFF'S JUDICIAL NOTICE TO THE COURT THAT DEFENDANT

# HAS BEEN IDENTIFIED

## PRELIMINARY STATEMENT:

The Plaintiff brought this action alleging that a Doe Defendant whom Plaintiff

identified with a fictitious name pseudonym Green & Red Company was placing

illegal telemarketing calls to his cellphone without his express consent, and that he

had no established business relationship with the calling party, and the calling

party failed to identify who they were, and continued to place calls to him after he

requested that the calling party stop doing so.

The Plaintiff filed a lawsuit in this U.S. District Court against the Defendant,

and motioned the Court to grant him leave to conduct Expedited Discovery, and

serve Rule 45 subpoena/s on Defendants telecommunications providers associated

with a specific phone number.

The Plaintiff has learned the identity of the calling party / Defendant / end user

of VoIP services and they are Broadleaf Marketing & SEO, LLC.

Respectfully Submitted,

X _____   5-28-2019

Clinton Strange
Pro-Se
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
**47usc227etseq@gmail.com**