UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81382-CIV-COHN/MATTHEWMAN

CLINTON STRANGE,

    Plaintiff,

v.

BROADLEAF MARKETING & SEO, LLC,
a Florida Limited Liability Company,

    Defendant.

_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's Motion to Dismiss the Action With Prejudice [DE 20] ("Motion"). Plaintiff dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of September, 2019.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.